# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ROSHAUN REID,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN, FBOP,<br><br>Defendant. | Case No. CV 19-10501 AB (RAO)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion Pursuant to Title 28 U.S.C. § 1361 Writ of Mandamus, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The Court has further engaged in a *de novo* review of those portions of the Report and Recommendation issued on February 20, 2020, to which Plaintiff has objected.

To the extent Plaintiff seeks to file a habeas action in his objections, the Court will enter judgment dismissing this action without prejudice to Plaintiff filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///

///

IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action without prejudice to Petitioner filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

DATED: March 16, 2020

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE