# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ROSHAUN REID, | Case No. CV 19-10501 AB (RAO) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| WARDEN, FBOP, | |
| Defendant. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed without prejudice to Plaintiff filing a habeas action pursuant to 28 U.S.C. § 2241.

DATED: 3/16/2020

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE